#4

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Pa_
_Pittsburg_ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

**FILED**

DEC 2 8 2016

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

_Steven D. Shick_

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-
_Aiello's Cafe Inc._
_Mr. Ernest Aiello_
_Ms. Rosa Aiello_

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

16-311 E

**Complaint for a Civil Case**

Case No. _New Case_
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Steven O. Spick*

Street Address *102 Center St. Apt. 2*

City and County *Ridgway - Elk Co.*

State and Zip Code *Pa. 15853*

Telephone Number *(814) 245-5129*

E-mail Address —

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name *Mr. Ernest Aiello*

Job or Title (if known) *President - Aiello's Cafe Inc.*

Street Address *102 North Broad St.*

City and County *Ridgway    Elk Co.*

State and Zip Code *Pa. 15853*

Telephone Number *(814) 772-6767*

E-mail Address (if known)

Defendant No. 2

Name *Ms. Rosa Aiello*

Job or Title (if known) *Aiello's Cafe Inc. Manager*

Street Address *102 North Broad St.*

City and County *Ridgway - Elk Co*

State and Zip Code ___ *Pa. 15853*

Telephone Number ___ *(814) 772-6767*

E-mail Address
(if known) ___

Defendant No. 3

    Name ___

    Job or Title
    (if known) ___

    Street Address ___

    City and County ___

    State and Zip Code ___

    Telephone Number ___

    E-mail Address
    (if known) ___

Defendant No. 4

    Name ___

    Job or Title
    (if known) ___

    Street Address ___

    City and County ___

    State and Zip Code ___

    Telephone Number ___

    E-mail Address
    (if known) ___

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

*Cover sheet /
Nature of suit*

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case ① *Discrimination in Employment act of 1967.*
② *Personal Injury # 320 & 366* ③ *personal property # 370*
④ *Civil Rights # 442* ⑤ *Forfeiture/penality # 620-630
660*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation ·

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See accompanying Fact Sheets as Numbered!

— I Steven D. Slick seek these awards of money damages and other relief to stop many existing and possibly still ongoing illegal and n immoral activities at the cited Aiello's Cafe Inc. Im including as evidence and statements of fact the concerted efforts I've already taken and my own personal great expense. ① Beginning with my statement to the Employment Compensation Board. My award - even against the Fraudulent statements of Mr Rosa Aiello ② Dept. of Labor & Industry investigation ③ The Pa. Liquor Control and enforcement - partial investigation and Citation ④ The Ridgway Borough who is very negligent in investigating, monitoring and enforcing standard codes and especially Pa. Health and Safety food standards. - see next page

III. Statement of Claim Continued!

I have also reported tax fraud by not reporting wages and tips and making the required payroll deductions - proof by my own W-2 statement and by my tax preparers. I don't know if that has or is still being investigated by State and or the IRS services.

I hope and pray from this statement of facts and supportive evidences that the Claims that I have made and were investigated prove the truth of and the necessity for this civil law suit and proceedings to to adjudicated for the benefit of the protection of minors and public safety. Sincerely

12-21-16                                Steven J. Stick

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① punitive money damages in the amount of $500,000.00 — for personal damages against my integrity and character to work in gainful employment and my personal identity theft of who I am!!

② $200,000.00 — damages against the corruption of minors and damages to others because of their illegal activities!

③ That no minors under the age of 18 years be permitted to work there!

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-21, 20 16

Signature of Plaintiff   _Steven D. Shick_

Printed Name of Plaintiff   _STEVEN D. SHICK_

### B.   For Attorneys

Date of signing: _____, 20__.

6